```
 YAZEX   540*23 *         SENTENCE MONITORING         *    07-18-2024
 PAGE 001        *         COMPUTATION DATA           *    14:57:17
                           AS OF 07-18-2024
```

**EXHIBIT 1**

REGNO..: 62773-298 NAME: SANCHEZ-LEDESMA, JESUS

```
FBI NO...........: 983519HC1         DATE OF BIRTH: 04-02-1988  AGE:  36
ARS1.............: YAZ/A-DES
UNIT.............: 1 GP              QUARTERS.....: B02-026L
DETAINERS........: YES               NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 08-22-2025

THE INMATE IS PROJECTED FOR RELEASE: 02-22-2026 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION...........: CALIFORNIA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 17CR2202-CAB
JUDGE...........................: BENCIVENGO
DATE SENTENCED/PROBATION IMPOSED: 04-26-2019
DATE COMMITTED..................: 06-20-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:    $100.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00
```

------------------------CURRENT OBLIGATION NO: 010 ------------------------
```
OFFENSE CODE....:  391    21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:841(A)(1), 846 CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE
```

**Not Ineligible**

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     120 MONTHS
 TERM OF SUPERVISION............:       5 YEARS
 DATE OF OFFENSE................: 05-28-2017
```




G0002       MORE PAGES TO FOLLOW . . .

```
   YAZEX  540*23 *           SENTENCE MONITORING          *    07-18-2024
PAGE 002         *           COMPUTATION DATA             *    14:57:17
                             AS OF 07-18-2024


REGNO..: 62773-298 NAME: SANCHEZ-LEDESMA, JESUS



------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-13-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-13-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-26-2019
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 05-28-2017

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    07-20-2017    04-25-2019

TOTAL PRIOR CREDIT TIME.........: 645
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 513
TOTAL GCT EARNED................: 297
STATUTORY RELEASE DATE PROJECTED: 02-22-2026
ELDERLY OFFENDER TWO THIRDS DATE: 03-20-2024
EXPIRATION FULL TERM DATE.......: 07-20-2027
TIME SERVED.....................:       6 YEARS    11 MONTHS     29 DAYS
PERCENTAGE OF FULL TERM SERVED..: 69.9
PERCENT OF STATUTORY TERM SERVED: 81.4

PROJECTED SATISFACTION DATE.....: 02-22-2026
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 12.17.2019: GCT UPDATED PURSUANT FSA P/ALP
                01-13-2023: UPDATED DIS GCT P/JWR




G0002          MORE PAGES TO FOLLOW . . .
```

```
YAZEX   540*23  *        SENTENCE MONITORING         *      07-18-2024
PAGE 003 OF 003 *         COMPUTATION DATA           *      14:57:17
                          AS OF 07-18-2024
```

REGNO..: 62773-298 NAME: SANCHEZ-LEDESMA, JESUS

------------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 03-31-2020
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....:
CHARGES......: POSSIBLE DEPORTATION, #098 801 559

*NOT A Final ORDER* (handwritten annotation)

S0055     NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE