## FSA Recidivism Risk Assessment (PATTERN 01.03.00)   EXHIBIT 2

Register Number: 62773-298, Last Name: SANCHEZ-LEDESMA

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Register Number: 62773-298              Risk Level Inmate....: R-LW
Inmate Name                               General Level......: R-LW (17)
   Last.........: SANCHEZ-LEDESMA         Violent Level......: R-LW (11)
   First........: JESUS                 Security Level Inmate: LOW
   Middle.......:                       Security Level Facl..: LOW
   Suffix.......:                       Responsible Facility.: YAZ
Gender.........: MALE                   Start Incarceration..: 04/26/2019
```

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 36 | 21 | 12 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | NotEnrolled | 0 | 0 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 1 | 1 | 1 |
| Serious Incident Reports (120 Months) | 1 | 1 | 1 |
| Time Since Last Incident Report | 18 | 0 | 0 |
| Time Since Last Serious Incident Report | 18 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 17 | 11 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
   No Data

---

Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
   No Data

Assessment Date: 07/17/2024                    (1)                    Assessment# R-2146263366