## FSA Time Credit Assessment

*EXHIBIT 3*

Register Number:62773-298, Last Name:SANCHEZ-LEDESMA

**U.S. DEPARTMENT OF JUSTICE**                      **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 62773-298 | Responsible Facility: YAZ |
| Inmate Name | Assessment Date.....: 06-30-2024 |
|   Last...........: SANCHEZ-LEDESMA | Period Start/Stop...: 06-20-2019 to 06-30-2024 |
|   First..........: JESUS | Accrued Pgm Days....: 1736 |
|   Middle.........: | Disallowed Pgm Days.: 101 |
|   Suffix.........: | FTC Towards RRC/HC..: 460 |
| Gender.............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 04-26-2019 | Apply FTC to Release: No |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 06-20-2019 | 06-30-2024 | accrue | 1736 |

**Cannot apply FTC**
  **Detainer: Yes**

--------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 06-20-2019 | 01-14-2020 | accrue | 208 |

  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60

--------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 01-14-2020 | 01-10-2023 | accrue | 1092 |

  Accrued Pgm Days...: 1092
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 555

--------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 01-10-2023 | 01-24-2023 | disallow | 14 |

*wrongly Taken*

**In SHU**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| LOM | QTR | Z02-128LDS | 01-10-2023 1741 | 01-12-2023 1116 |
| LOM | QTR | Z02-128LDS | 01-12-2023 2020 | 01-23-2023 1249 |

--------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 01-24-2023 | 04-05-2023 | accrue | 71 |

  Accrued Pgm Days...: 71
  Carry Over Pgm Days: 10
  Time Credit Factor.: 15
  Time Credits.......: 30

## FSA Time Credit Assessment

Register Number:62773-298, Last Name:SANCHEZ-LEDESMA

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|-----------|----------|
| 04-05-2023 | 05-30-2023 | disallow | 55 |

*Wrongly Taken*

**Not in qualifying admit status**

| Facility | Category | Assignment | Start | Stop |
|----------|----------|-----------|-------|------|
| LOM | ARS | TRANSFER | 04-04-2023 1332 | 04-04-2023 1332 |
| B13 | ARS | A-ADMIT | 04-04-2023 1632 | 04-04-2023 2201 |
| VVM | ARS | A-BOP HLD | 04-04-2023 1901 | 05-31-2023 0639 |
| B13 | ARS | RELEASE | 04-04-2023 2201 | 04-04-2023 2201 |

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|-----------|----------|
| 05-30-2023 | 05-16-2024 | accrue | 352 |

```
Accrued Pgm Days...: 352
Carry Over Pgm Days: 21
Time Credit Factor.: 15
Time Credits.......: 180
```

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|-----------|----------|
| 05-16-2024 | 06-17-2024 | disallow | 32 |

*Wrongly Taken*

**Not in qualifying admit status**

| Facility | Category | Assignment | Start | Stop |
|----------|----------|-----------|-------|------|
| MEN | ARS | TRANSFER | 05-15-2024 1325 | 05-15-2024 1325 |
| 9-Q | ARS | A-ADMIT | 05-15-2024 1625 | 05-15-2024 2201 |
| VVM | ARS | A-BOP HLD | 05-15-2024 1901 | 05-24-2024 0612 |
| 9-Q | ARS | RELEASE | 05-15-2024 2201 | 05-15-2024 2201 |
| VVM | ARS | HLD REMOVE | 05-24-2024 0612 | 05-24-2024 0612 |
| A02 | ARS | A-ADMIT | 05-24-2024 0912 | 05-24-2024 1600 |
| OKL | ARS | A-BOP HLD | 05-24-2024 1500 | 06-18-2024 0300 |
| A02 | ARS | RELEASE | 05-24-2024 1600 | 05-24-2024 1600 |

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|-----------|----------|
| 06-17-2024 | 06-30-2024 | accrue | 13 |

```
Accrued Pgm Days...: 13
Carry Over Pgm Days: 13
Time Credit Factor.: 15
Time Credits.......: 0
```

--- FSA Assessment ---------------------------------------------------

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|-------|------|--------|-----------------|----------------|--------|
| 001 | 06-20-2019 | 07-18-2019 | ACTUAL | FSA R-LW | 04-28-2021 1522 | 10 |
| 002 | 07-18-2019 | 01-14-2020 | ACTUAL | FSA R-LW | 04-28-2021 1522 | 10 |
| 003 | 01-14-2020 | 07-12-2020 | ACTUAL | FSA R-LW | 04-28-2021 1522 | 15 |

## FSA Time Credit Assessment

**Register Number:62773-298, Last Name:SANCHEZ-LEDESMA**

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

```
004 07-12-2020 01-08-2021 ACTUAL      FSA R-LW      04-28-2021 1522  15
005 01-08-2021 07-07-2021 ACTUAL      FSA R-LW      04-28-2021 1522  15
006 07-07-2021 01-03-2022 ACTUAL      FSA R-LW      04-28-2021 1522  15
007 01-03-2022 07-02-2022 ACTUAL      FSA R-LW      09-28-2021 1524  15
008 07-02-2022 12-29-2022 ACTUAL      FSA R-LW      04-04-2022 1307  15
009 12-29-2022 06-27-2023 ACTUAL      FSA R-LW      10-17-2022 1355  15
010 06-27-2023 12-24-2023 ACTUAL      FSA R-LW      06-09-2023 2133  15
011 12-24-2023 06-21-2024 ACTUAL      FSA R-LW      12-04-2023 0435  15
012 06-21-2024 12-18-2024 ACTUAL      FSA R-LW      05-13-2024 0642  15
```