EXHIBIT 4

TRULINCS 62773298 - SANCHEZ-LEDESMA, JESUS - Unit: YAZ-B-A

---

FROM: 62773298
TO: Unit B
SUBJECT: ***Request to Staff*** SANCHEZ-LEDESMA, JESUS, Reg# 62773298, YAZ-B-A
DATE: 09/09/2024 11:51:33 AM

To: Unit Team in A Building
Inmate Work Assignment: n/a

Unit Team in A Building,

This is to confirm that on this date I delivered to Counselor Thomas a BP8 regarding my FSA Time Credits and the fact that I should have left long beore now.
Policy allows 10 days to respond.

Thank you.