Jesus Sanchez-Ledesma
62773-298
PO Box 5000
Yazoo City, MS 39194





US District Court
501 East Court St
Suite 2.500
Jackson, MS 39194




CSD-4-6C, YAZOO CITY COMPLEX

THE ENCLOSED LETTER WAS PROCESSED SPECIAL MAILING PROCEDURES.

RECEIVED 2024 OCT -1

The letter has neither been opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.