## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

JESUS SANCHEZ-LEDESMA )
Register No: 62773-298 )
 )
    Petitioner, )
 )
v. ) Case No. 3:24-cv-00604-CWR-LGI
 )
WARDEN WINGFIELD, )
 )
    Respondent. )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Petitioner Jesus Sanchez-Ledesma (Reg. No. 62773-298), *pro se*, and Respondent Warden Wingfield, by and through his undersigned counsel, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims in the above-captioned action as to Respondent Warden Wingfield are dismissed without prejudice, with all attorney's fees, costs of court, and expenses to be borne by each party incurring the same.

Respectfully submitted,

Petitioner,

1/06/25
Date

Jesus Sanchez-Ledesma (62773-298)
Petitioner
*Pro se*

1/7/2025
Date

Jessica Williams
Assistant United States Attorney
Counsel for Respondent

1