FSA Time Credit Assessment                    Attachment 1
Register Number:62773-298, Last Name:SANCHEZ-LEDESMA

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Register Number....: 62773-298            Responsible Facility: YAZ
Inmate Name                               Assessment Date.....: 12-29-2024
  Last.............: SANCHEZ-LEDESMA      Period Start/Stop...: 06-20-2019 to 12-29-2024
  First............: JESUS                Accrued Pgm Days....: 1918
  Middle...........:                      Disallowed Pgm Days.: 101
  Suffix...........:                      FTC Towards RRC/HC..: 550
Gender.............: MALE                 FTC Towards Release.: 365
Start Incarceration: 04-26-2019           Apply FTC to Release: Yes
```

```
Start        Stop         Pgm Status    Pgm Days
06-20-2019   01-14-2020   accrue        208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
-----------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
01-14-2020   01-10-2023   accrue        1092
  Accrued Pgm Days...: 1092
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 555
-----------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
01-10-2023   01-24-2023   disallow      14
  In disciplinary segregation.
    Facility Category  Assignment    Start              Stop
    LOM      QTR       Z02-128LDS    01-10-2023 17:41   01-12-2023 11:16
    LOM      QTR       Z02-128LDS    01-12-2023 20:20   01-23-2023 12:49
-----------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
01-24-2023   04-05-2023   accrue        71
  Accrued Pgm Days...: 71
  Carry Over Pgm Days: 10
  Time Credit Factor.: 15
  Time Credits.......: 30
-----------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
04-05-2023   05-30-2023   disallow      55
  Not in qualifying admit status.
    Facility Category  Assignment    Start              Stop
```

## FSA Time Credit Assessment
Register Number:62773-298, Last Name:SANCHEZ-LEDESMA

| U.S. DEPARTMENT OF JUSTICE | | | | | FEDERAL BUREAU OF PRISONS |
|---|---|---|---|---|---|

|  | LOM | ARS | TRANSFER    | 04-04-2023 13:32 | 04-04-2023 13:32 |
|---|---|---|---|---|---|
|  | B13 | ARS | A-ADMIT     | 04-04-2023 16:32 | 04-04-2023 22:01 |
|  | VVM | ARS | A-BOP HLD   | 04-04-2023 19:01 | 05-31-2023 06:39 |
|  | B13 | ARS | RELEASE     | 04-04-2023 22:01 | 04-04-2023 22:01 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-30-2023 | 05-16-2024 | accrue | 352 |

  Accrued Pgm Days...: 352
  Carry Over Pgm Days: 21
  Time Credit Factor.: 15
  Time Credits.......: 180

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-16-2024 | 06-17-2024 | disallow | 32 |

  **Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| MEN | ARS | TRANSFER    | 05-15-2024 13:25 | 05-15-2024 13:25 |
| 9-Q | ARS | A-ADMIT     | 05-15-2024 16:25 | 05-15-2024 22:01 |
| VVM | ARS | A-BOP HLD   | 05-15-2024 19:01 | 05-24-2024 06:12 |
| 9-Q | ARS | RELEASE     | 05-15-2024 22:01 | 05-15-2024 22:01 |
| VVM | ARS | HLD REMOVE  | 05-24-2024 06:12 | 05-24-2024 06:12 |
| A02 | ARS | A-ADMIT     | 05-24-2024 09:12 | 05-24-2024 16:00 |
| OKL | ARS | A-BOP HLD   | 05-24-2024 15:00 | 06-18-2024 03:00 |
| A02 | ARS | RELEASE     | 05-24-2024 16:00 | 05-24-2024 16:00 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 06-17-2024 | 12-29-2024 | accrue | 195 |

  Accrued Pgm Days...: 195
  Carry Over Pgm Days: 13
  Time Credit Factor.: 15
  Time Credits.......: 90

--- FSA Assessment(s) ---

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 06-20-2019 | 07-18-2019 | R-LW | 04-28-2021 15:22 | 10 |
| 002 | 07-18-2019 | 01-14-2020 | R-LW | 04-28-2021 15:22 | 10 |
| 003 | 01-14-2020 | 07-12-2020 | R-LW | 04-28-2021 15:22 | 15 |
| 004 | 07-12-2020 | 01-08-2021 | R-LW | 04-28-2021 15:22 | 15 |
| 005 | 01-08-2021 | 07-07-2021 | R-LW | 04-28-2021 15:22 | 15 |
| 006 | 07-07-2021 | 01-03-2022 | R-LW | 04-28-2021 15:22 | 15 |
| 007 | 01-03-2022 | 07-02-2022 | R-LW | 09-28-2021 15:24 | 15 |

**FSA Time Credit Assessment**
Register Number:62773-298, Last Name:SANCHEZ-LEDESMA

| U.S. DEPARTMENT OF JUSTICE | | | | | | FEDERAL BUREAU OF PRISONS |
|---|---|---|---|---|---|---|

```
008  07-02-2022 12-29-2022  R-LW     04-04-2022 13:07  15
009  12-29-2022 06-27-2023  R-LW     10-17-2022 13:55  15
010  06-27-2023 12-24-2023  R-LW     06-09-2023 21:33  15
011  12-24-2023 06-21-2024  R-LW     12-04-2023 04:35  15
012  06-21-2024 12-18-2024  R-LW     05-13-2024 06:42  15
013  12-18-2024 03-18-2025  R-LW     07-17-2024 14:47  15
```

# FSA Time Credit Assessment
Register Number:62773-298, Last Name:SANCHEZ-LEDESMA

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 12-29-2024. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
Projected Release Date: 02-22-2026
Projected Release Method: GCT REL
FSA Projected Release Date: 02-22-2025
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 02-22-2025
SCA Conditional Placement Days: N/A
SCA Conditional Placement Date: N/A
FSA Conditional Placement Days: 550
FSA Conditional Placement Date: 08-22-2023
Conditional Transition To Community Date: 08-22-2023
--- SCA Ineligible --------------------------------------------------------------------
--- Detainers
  Id  Lodged      Org Authority
  001 03-31-2020  ICE DEPARTMENT OF HOMELAND SECURITY