TRULINCS 62773298 - SANCHEZ-LEDESMA, JESUS - Unit: YAZ-B-A     Attachment 2

---

FROM: 62773298
TO: Unit B
SUBJECT: ***Request to Staff*** SANCHEZ-LEDESMA, JESUS, Reg# 62773298, YAZ-B-A
DATE: 01/02/2025 03:33:24 PM

To: Case Manager Jones/ Unit Manager McKenzie
Inmate Work Assignment: N/A

I am assigned to A Building Unit Team, Please forward...

Mr. Jones & Mckenzie

    Please be advised that as of 1-2-2025, I am beyond the mandatory transfer date to Home Confinement. I have a home to go to, and DO NOT require halfway house placement. The BOP has the authority to send me directly home, and the courts have said that trnasfer is mandatory. Further, the couort in Woodley v Warden (May 15, 2024) makes clear that "bed space" availbillity is NOT a valid excuse. (See 18 USC 3624(g)(11)).

    As I am now beyond the mandatory transfer date - I should be released immediately to HC. I am fully aware that the RRM has no authority to convert YOUR request for HWH/HC to direct HC placement. Therefore I am requesting that any request YOU make to the RRM, be for HC only.

Thank you.