Jesus Sanchez-Ledesma
62773-298
PO BOX 5000
Yazoo, MS 39194



JACKSON MS 390
10 JAN 2025 PM 3 L

United States Dist Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201-2409

39201-502299

RECEIVED
JAN 13 2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

